### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Synchrony Bank<br><br>　　　　　Defendant. | Civil No. 3:15-cv-00238-KRG<br><br>(JUDGE KIM R. GIBSON) |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff Melody Stoops ("Plaintiff") and Defendant Synchrony Bank, LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. A stipulation of dismissal will be promptly filed upon execution of a final confidential settlement agreement between the Parties.

Respectfully submitted,

DATED: March 28, 2016

By: /s/ *Joseph R. Manning, Jr.*
Joseph Richard Manning , Jr., pro hac vice
Manning Law, APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
info@manninglawoffice.com

Glenn C. Romano
Glenn C. Romano, P.C.
3830 Lukens Lane
Hatboro, PA 19040
Telephone: 215-323-4949
Email: glenn@glennromano.com

Attorneys for Plaintiff
MELODY STOOPS

## CERTIFICATE OF SERVICE

Service is being effected upon counsel for counsel of record via the CM/ECF system.

By: /s/ *Joseph R. Manning, Jr.*
Joseph Richard Manning, Jr., pro hac vice
Manning Law, APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
info@manninglawoffice.com